UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-7883

MARK CONVERTINO,

Petitioner - Appellant,

versus

J. M. JABE, Warden, Greenville Correctional
Center; JAMES L. GILMORE, Attorney General of
the State of Virginia,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  Robert R. Merhige, Jr., Senior
District Judge.  (CA-95-210-3)

Submitted:  January 18, 1996        Decided:  February 8, 1996

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Mark Convertino, Appellant Pro Se.  Thomas Cauthorne Daniel, Assis-
tant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion, and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. <u>Convertino v. Jabe</u>, No. CA-95-210-3 (E.D. Va. Oct. 20, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2